# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Roberta McNair | CHAPTER 13 |
| | BKY. NO. 19-11930 MDC |
| Debtor | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY and index same on the master mailing list.

                      Respectfully submitted,
                      **/s/ Kevin G. McDonald, Esq.**
                      Kevin G. McDonald, Esquire
                      KML Law Group, P.C.
                      701 Market Street, Suite 5000
                      Philadelphia, PA 19106-1532
                      (215) 627-1322