**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---------------------------------------------------------x
In re:                                          :
                                                :    Chapter 13
ROBERTA MCNAIR,                                 :
                                                :    Bankruptcy No. 19-11930 (MDC)
                        Debtor.                 :
---------------------------------------------------------x

**PRAECIPE TO WITHDRAW OBJECTION**
**TO CONFIRMATION OF THE PLAN**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to the Confirmation of the Plan (Docket No. 21) filed by the City of Philadelphia on September 26, 2019.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: November 19, 2019        By:    */s/ Joshua Domer*
                                        JOSHUA DOMER
                                        Assistant City Solicitor
                                        PA Attorney I.D. 319190
                                        Attorney for the City of Philadelphia
                                            and/or
                                        Water Revenue Bureau
                                        City of Philadelphia Law Department
                                        Municipal Services Building
                                        1401 JFK Boulevard, 5th Floor
                                        Philadelphia, PA 19102-1595
                                        215-686-0519 (phone)
                                        Email: Joshua.Domer@phila.gov