United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Roberta McNair  
      Debtor

Case No. 19-11930-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: JEGilmore | Page 1 of 1 | Date Rcvd: Dec 20, 2019 |
|---|---|---|---|
| | Form ID: 155 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2019.
db          +Roberta McNair,   231 E Rockland Street,   Philadelphia, PA 19120-3913

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2019                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2019 at the address(es) listed below:

       DAVID M. OFFEN   on behalf of Debtor Roberta  McNair dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

       JOSHUA   DOMER   on behalf of Creditor   City of Philadelphia joshua.domer@phila.gov, karena.blaylock@phila.gov

       KEVIN G. MCDONALD   on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com

       LEON P. HALLER   on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com

       United States Trustee   USTPRegion03.PH.ECF@usdoj.gov

       WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com

                                 TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Roberta McNair
    Debtor(s)

Chapter: 13
Bankruptcy No: 19−11930−mdc

___

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this December 19, 2019 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                  Magdeline D. Coleman
                                                  Chief Judge ,
                                                  United States Bankruptcy Court

31
Form 155