**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

    Chapter 13

    Bankruptcy No. 19-11930-MDC

ROBERTA MCNAIR

231 E. ROCKLAND STREET

PHILADELPHIA, PA 19120-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

ROBERTA MCNAIR

231 E. ROCKLAND STREET

PHILADELPHIA, PA 19120-

Counsel for debtor(s), by electronic notice only.

DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Date: 2/3/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee