United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 19-11930-mdc
Roberta McNair                                                         Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: JEGilmore    Page 1 of 2    Date Rcvd: Mar 05, 2020
                Form ID: pdf900    Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2020.
```
db             +Roberta McNair,    231 E Rockland Street,    Philadelphia, PA 19120-3913
14296860       +KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14296862       +PGW,    Credit and Collections Department,    800 W. Montgomery Avenue, 3rd Floor,
                 Philadelphia, PA 19122-2806
14335904       +Pennsylvania Housing Finance Agency,    c/o Kevin G. McDonald, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, Pa 19106-1541
14296863       +Superior Credit Unio,    P.o. Box 4519,    Carol Stream, IL 60197-4519
14301096       +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                 Washington, DC 20410-0002
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Mar 06 2020 03:21:06     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 06 2020 03:20:48
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 06 2020 03:20:56     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: megan.harper@phila.gov Mar 06 2020 03:21:06     City of Philadelphia,
                 City of Philadelphia Law Department,    c/o Joshua Domer,    1401 JFK Blvd. 5th Floor,
                 Philadelphia, PA  19102
14296858       +E-mail/Text: clientrep@capitalcollects.com Mar 06 2020 03:21:13      CCS,    Attn: Bankruptcy,
                 Po Box 150,    West Berlin, NJ 08091-0150
14296859        E-mail/Text: megan.harper@phila.gov Mar 06 2020 03:21:07     City of Philadelphia,
                 Dept. of Revenue - Water Revenue Bureau,    1401 John F. Kennedy Blvd.,
                 Philadelphia, PA 19102
14369933       +E-mail/Text: megan.harper@phila.gov Mar 06 2020 03:21:06
                 CITY OF PHILADELPHIA LAW DEPARTMENT,    TAX & REVENUE UNIT,    BANKRUPTCY GROUP, MSB,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1613
14396352       +E-mail/Text: megan.harper@phila.gov Mar 06 2020 03:21:07
                 City of Philadelphia and/or Water Revenue Bureau,    c/o Joshua Domer, Esquire,
                 Municipal Service Building,    1401 JFK Boulevard, 5th Floor,    Philadelphia, Pa 19102-1617
14303006        E-mail/Text: creditsolutiongroup@fmfcu.org Mar 06 2020 03:20:03
                 Franklin Mint Federal Credit Union,    5 Hillman Drive, Suite 100,    Chadds Ford, PA 19317
14296861        E-mail/Text: blegal@phfa.org Mar 06 2020 03:20:51     Pennsylvania Housing Finance Agency,
                 Attn: Bankruptcy,    Po Box 8029,    Harrisburg, PA 17105
14338023       +E-mail/Text: blegal@phfa.org Mar 06 2020 03:20:51     Pennsylvania Housing Finance Agency,
                 211 North Front Street,    Harrisburg, PA 17101-1406
14306454        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 06 2020 03:16:35
                 Pinnacle Credit Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14296864        E-mail/Text: megan.harper@phila.gov Mar 06 2020 03:21:06     Water Revenue Bureau,
                 1401 JFK Blvd.,    Philadelphia, PA 19102-1663
                                                                                              TOTAL: 13
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2          User: JEGilmore           Page 2 of 2                  Date Rcvd: Mar 05, 2020
                              Form ID: pdf900           Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 5, 2020 at the address(es) listed below:
        DAVID M. OFFEN    on behalf of Debtor Roberta  McNair dmo160west@gmail.com,
         davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
        JOSHUA  DOMER    on behalf of Creditor   City of Philadelphia joshua.domer@phila.gov,
         karena.blaylock@phila.gov
        KEVIN G. MCDONALD    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
         bkgroup@kmllawgroup.com
        LEON P. HALLER    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com,
         dmaurer@pkh.com;mgutshall@pkh.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                                                                                                        TOTAL: 6

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
ROBERTA MCNAIR

Chapter 13

Debtor

Bankruptcy No. 19-11930-MDC

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

March 5, 2020

_____
Magdeline D. Coleman
Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:
ROBERTA MCNAIR

231 E. ROCKLAND STREET

PHILADELPHIA, PA 19120-